IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WILLIAM L. MURACO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV04-606-S-EJL |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ROBIN SANDY, MIKE H. MATTHEWS, DEL RAY HOLM, OLIVIA CRAVEN, STATE OF IDAHO, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 12, 2007, the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED with prejudice.

DATED: **March 12, 2007**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT -1**